IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 23-50-M-DWM |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| vs. | |
| GERALD GONZALEZ GARCIA, | |
| Defendant. | |

Before the Court is the United States of America's Unopposed Motion for Final Order of Forfeiture. Having reviewed said motion, the Court finds:

1.  The United States commenced this action pursuant to 18 U.S.C. § 924(d).

2.  A Preliminary Order of Forfeiture was entered on May 7, 2024. (Doc. 27.)

3.  All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 28.)

4.  It appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that:

1.  The motion for final order of forfeiture is GRANTED.

1

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party, the following property:

- .45 caliber Uberti Aldo revolver, SN P68095
- .45 ammunition

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 23rd day of July, 2024.

_____
Donald W. Molloy, District Judge
United States District Court